Wendy Musell, State Bar No 203507
LAW OFFICES OF WENDY MUSELL
180 Grand Ave. Suite 1300
Oakland, CA 94612
Tel. (510) 270-2252
Fax: (510) 228-1391
Email: wmusell@wendymuselllaw.com

Attorney for Plaintiff
Jessica Bolton

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JESSICA BOLTON | ) | Case No. 21-CV-03466YGR |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER EXTENDING THE TIME FOR PLAINTIFF TO SERVE WRITTEN DEMAND AND REQUEST TO RESCHEDULE SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE RYU** |
| v. | ) | |
| GAVIN NEWSOM, GOVERNOR OF THE STATE OF CALIFORNIA, KATHLEEN ALLISON, SECRETARY CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, SERGIO BUSTOS, GABRIEL LOPEZ, JOSE VALENCIA, ALLEN BOWMAN, EMMANUEL RAMIREZ; AND DOES 1-50, INCLUSIVE, | ) | Hon. Yvonne Gonzalez Rogers Magistrate Judge Donna M. Ryu (For Settlement Conference) |
| Defendants, | ) | |

1

STIPULATION AND ORDER EXTENDING THE TIME FOR PLAINTIFF TO SERVE
WRITTEN DEMAND AND REQUEST TO RESCHEDULE SETTLEMENT CONFERENCE
WITH MAGISTRATE JUDGE RYU
Case No. 21-CV-03466

1. WHEREAS, per Docket No. 55, the above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes, with a settlement conference date of July 5, 2022.
2. WHEREAS, per Docket No. 54, the Court ordered Plaintiff to provide Defendant with a written demand no later than June 6, 2022.
3. WHEREAS, at the time Judge Ryu issued her scheduling orders (February 16, 2022), Plaintiff did not have any conflict with the scheduled July 5 Settlement Conference. However, subsequent to this order, a March 28, 2022 trial date involving Plaintiff's counsel was continued and reset for June 20, 2022.
4. WHEREAS, Plaintiff's counsel verbally informed Defense counsel in this action of the possibility of the need to reschedule the Settlement Conference if the matter reset for trial for June 20 did not resolve.
5. WHEREAS, as of May 31, 2022, Plaintiff's counsel concluded that the matter set for trial on June 20, 2022, in the Superior Court of the County of Los Angeles will proceed to trial on that date and is scheduled to conclude July 15, 2022. As such, the trial will not be completed prior to the July 5, 2022 Settlement Conference. Plaintiff's counsel cannot attend the July 5th Settlement Conference given trial obligations.
6. WHEREAS, on May 31, 2022, Plaintiff's counsel so informed Counsel for Defendant in this action and sought agreement to extend the deadline for Plaintiff to provide Defendant with a written demand (Docket No. 54) and to request a continuance of the July 5, 2022 Settlement Conference. Counsel for Defendant agreed. The parties are presently meeting and conferring to secure mutually agreeable dates to submit to Judge Ryu.
7. The parties hereby stipulate to extend the time for Plaintiff to provide Defendant with a written demand to 30 days prior to the rescheduled Settlement Conference, as set by Judge Ryu.

SO STIPULATED.

| | | | |
|---|---|---|---|
| Dated: June 2, 2022 | | By: | s/ Wendy Musell_____ <br> Wendy Musell <br> LAW OFFICES OF WENDY MUSELL <br> Attorney for Plaintiff <br> JESSICA BOLTON |
| Dated: June 2, 2022 | | By: | s/ Michael Purcell <br> Michael Purcell, Deputy Attorney General <br> Attorneys For Defendants GAVIN NEWSOM, KATHLEEN ALLISON, JOSE VALENCIA, GARCIA LOPEZ |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 3, 2022

IT IS SO ORDERED
Judge Donna M. Ryu

DONNA M. RYU
United States Magistrate Judge

---

STIPULATION AND ORDER EXTENDING THE TIME FOR PLAINTIFF TO SERVE WRITTEN DEMAND AND REQUEST TO RESCHEDULE SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE RYU
Case No.  21-CV-03466