UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BOLTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SERGIO BUSTOS, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-03466-YGR (DMR)<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 55 |

　　　　The court held a settlement conference on September 9, 2022. Defendants Gabriel Lopez and Jose Valencia did not appear. By no later than September 23, 2022, Defendants Lopez and Valencia shall show cause in writing why they should not be sanctioned for failing to appear at the settlement conference in violation of the court's February 16, 2022 Order. [*See* Docket No. 55 (describing "mandatory personal attendance" by the parties); *see also* Docket No. 59 (rescheduling settlement conference and ordering parties to comply with February 16, 2022 Order).]

**IT IS SO ORDERED.**

Dated: September 9, 2022



Donna M. Ryu
United States Magistrate Judge