**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JESSICA BOLTON,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**DANIEL PARAMO, ET AL.,**<br><br>　　　　**Defendants,** | Case No.:  4:21-CV-03466-YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court has reviewed the parties' updated Case Management Conference Statement and is satisfied that the above case is proceeding as scheduled. Accordingly, the Case Management Conference currently set for Monday, March 20, 2023, is **VACATED**.

The parties are reminded to follow the Court's standing order regarding motions for summary judgment.

**IT IS SO ORDERED**.

Date: March 17, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**