**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JESSICA BOLTON,**<br><br>      **Plaintiff,**<br><br>      vs.<br><br>**DANIEL PARAMO, ET AL.,**<br><br>      **Defendants.** | Case No.: 4:21-CV-3466-YGR<br><br>**ORDER RELIEVING PARTIES FROM SUMMARY JUDGMENT PRE-FILING CONFERENCE REQUIREMENT**<br><br>**DKT NOS. 77, 78** |

Given the Court's schedule, defendants may file their motion for summary judgment without a prefiling conference.

The parties are reminded of the requirement to file separate statements of fact in the format set forth in paragraph 9(c) of this Court's Standing Order, including the requirement that counsel attest that the evidence cited for each fact or dispute fairly and accurately supports the fact or dispute.

As previewed for the parties at the case management conference, the Court considers summary judgment a tool to be used prudently, when there are no disputed issues of material fact. To the extent there are triable issues of material fact, summary judgment will be denied with a succinct denial order, without extensive commentary, so that the determination is left wholly for the trier of fact.

**IT IS SO ORDERED**.

Date: 3/27/2023

                                                    **YVONNE GONZALEZ ROGERS**
                                                  **UNITED STATES DISTRICT COURT JUDGE**