Wendy Musell, State Bar No 203507
LAW OFFICES OF WENDY MUSELL
180 Grand Ave. Suite 1300
Oakland, CA 94612
Tel. (510) 270-2252
Fax: (510) 228-1391
Email: wmusell@wendymuselllaw.com

Attorney for Plaintiff
Jessica Bolton

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BOLTON, <br><br>     Plaintiff, <br><br> v. <br><br> SERGIO BUSTOS, *et. al.* <br><br>     Defendants, | Case No.  21-CV-03466YGR <br><br> **STIPULATION, REQUEST AND [PROPOSED] ORDER TO CONTINUE THE TRIAL DATE AND DISCOVERY DEADLINES (as modified)** <br><br> Hon. Yvonne Gonzalez Rogers |

1

1. WHEREAS, PER Docket #69, Judge Yvonne Gonzalez Rogers issued the Amended Case Management and Pre Trial Order following the parties' Stipulation, Request and Proposed Order submitted as Docket #65.  The existing schedule as set forth in Docket #69 is listed below:
2. WHEREAS the parties have been meeting and conferring regarding depositions. At present Defendant has confirmed six (6) of twelve (12) depositions for April 2023.
3. WHEREAS, an attorney for Defendant is presently out on leave;
4. WHEREAS, there is a parallel state court action filed by Plaintiff (October 13, 2022) against California Department of Corrections and Rehabilitation that involve similar and related facts and issues as involved in this federal court action.  The initial case management conference in that action is scheduled for July 28, 2023;
5. WHEREAS documentary discovery is also ongoing.  The parties have met and conferred and are continuing to work to determine if discovery matters can be resolved through the meet and confer process or whether Court intervention is required;
6. WHEREAS, the current fact discovery cutoff is April 28, 2023;
7. WHEREAS both parties agree that additional time is required to complete key discovery, including the completion of Plaintiff's deposition and the taking of Defendants' and fact witness depositions.
8. WHEREAS both parties agree that settlement discussions with Judge Ryu would be more productive with the goal of resolving this action, provided the parties are permitted additional time to complete discovery, depositions and meaningful meet and confer, to continue the trial date and related deadlines.
9. The parties have met and conferred and hereby stipulate and jointly request that the trial date be continued, and existing discovery and other pretrial and trial deadlines be extended as noted below.

|  | **Current Pretrial Schedule per Dkt 69** | **Proposed New dates** |
|---|---|---|
| Referred to Judge Ryu | Scheduled Settlement Conference is April 14, 2023 | August 2023 (as permitted by Judge Ryu's schedule) |
| Non Expert Discovery Cutoff: | Friday, April 28, 2023 | September 1, 2023 |
| Dispositive Motions/Daubert Motions Heard by: | Tuesday, May 15, 2023 | October 27, 2023 |
| Disclosure of Expert Reports: All Experts, Retained and Non-Retained, Must Provide Written reports Compliant with FRCP 26(A)(2)(B): | Opening: Monday June 5, 2023<br>Rebuttal: June 19, 2022 | Opening: November 30, 2023;<br>Rebuttal: December 14, 2023 |
| Expert Discovery Cutoff: | July 10, 2023 | January 12, 2024 |
| Compliance Deadline | October 20, 2023 | February 26, 2024 |
| Joint Pretrial Conference Statement | October 20, 2023 | February 23, 2024 |
| Pretrial Conference | November 3, 2023 | March 8, 2024 |
| Trial Date: | November 27, 2023 at 8:30 am for (Jury Trial) | March 25, 2024, or next available (Jury Trial) |

**IT IS SO STIPULATED.**

Dated: March 28, 2023                    By: /s/ Wendy Musell
                                          Wendy Musell
                                          LAW OFFICES OF WENDY MUSELL
                                          Attorney for Plaintiff
                                          JESSICA BOLTON

Dated: March 28, 2023                    By: /s/ Michael Purcell
                                          Michael Purcell, Deputy Attorney General
                                          Attorneys For Defendants VALENCIA, GARCIA LOPEZ, BOWMAN, PARAMO, POLLARD, BUSTOS

GOOD CAUSE APPEARING, **IT IS SO ORDERED.**

Dated: 3/30/2023

                                          Yvonne Gonzalez Rogers
                                          U.S. DISTRICT JUDGE

**STIPULATION, REQUEST AND [~~PROPOSED~~] ORDER TO CONTINUE THE TRIAL DATE AND DISCOVERY DEADLINES**
Case No. 21-CV-03466