1  Wendy Musell, State Bar No 203507
   LAW OFFICES OF WENDY MUSELL
2  180 Grand Ave. Suite 1300
   Oakland, CA 94612
3  Tel. (510) 270-2252
   Fax: (510) 228-1391
4  Email: wmusell@wendymuselllaw.com

5  Attorney for Plaintiff
   Jessica Bolton
6

                   IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9

10  JESSICA BOLTON                        )  Case No.  21-CV-03466YGR
                                          )
11               Plaintiff,               )  **STIPULATION AND ORDER (AS**
                                          )  **MODIFIED) EXTENDING THE TIME**
12       v.                               )  **FOR PLAINTIFF TO SERVE**
                                          )  **WRITTEN DEMAND AND REQUEST**
13  GAVIN NEWSOM, GOVERNOR OF THE          )  **TO RESCHEDULE SETTLEMENT**
    STATE OF CALIFORNIA, KATHLEEN          )  **CONFERENCE WITH MAGISTRATE**
14  ALLISON, SECRETARY CALIFORNIA          )  **JUDGE RYU**
    DEPARTMENT OF CORRECTIONS AND          )
15  REHABILITATION, SERGIO BUSTOS,         )
    GABRIEL LOPEZ, JOSE VALENCIA,          )   Hon. Yvonne Gonzalez Rogers
16  ALLEN BOWMAN, EMMANUEL                 )
    RAMIREZ; AND DOES 1-50, INCLUSIVE,     )
17                                         )
                 Defendants,               )
18                                         )
                                          )
19                                         )
                                          )
20                                         )

21

22

23
                                          1
24  STIPULATION AND ORDER (AS MODIFIED) EXTENDING THE TIME FOR PLAINTIFF
    TO SERVE WRITTEN DEMAND AND REQUEST TO RESCHEDULE SETTLEMENT
25  CONFERENCE WITH MAGISTRATE JUDGE RYU
    Case No.  21-CV-03466

1. WHEREAS, per Docket No. 74, the above matter was set for a further settlement conference with Judge Donna M. Ryu on April 14, 2023 at 1 p.m.

2. WHEREAS, per Docket No. 74, the parties are schedule to meet and confer prior to the exchange of Settlement Conference Documents, with said statements due no later than April 4, 2023.

3. WHEREAS, the parties have met and conferred regarding scheduling in this matter and have requested to move the trial date and related deadlines as set forth in the Stipulation, Request and Proposed Order, filed March 28, 2023, Docket 81.

4. WHEREAS, the parties agree that continuing the settlement conference to a date in August convenient for the Court, will enhance the chances of successful resolution of the pending federal and state court action.

5. Counsel for Defendant agreed and the parties met and conferred regarding possible dates. As a result of that meet and confer effort, the parties determined that they are mutually available on the following dates for the purposes of a Settlement Conference, should any of those dates fit with Judge Ryu's schedule.  The mutually available dates are: August 4, 2023; August 8, 2023; August 10, 2023; August 11, 2023.

6. The parties request that the Written Demand be due 30 days prior to the new Settlement Conference date; and any Exchanged and Confidential Settlement Conference Statements be lodged with Judge Ryu ten (10) calendar days prior to the new settlement conference date.

///

///

///

///

2

STIPULATION AND ORDER (AS MODIFIED) EXTENDING THE TIME FOR PLAINTIFF TO SERVE WRITTEN DEMAND AND REQUEST TO RESCHEDULE SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE RYU
Case No.  21-CV-03466

1     ///

2

3     7.   The parties hereby stipulate to extend the time for Plaintiff to provide Defendant with

      a written demand to 30 days prior to the rescheduled Settlement Conference, as set by

4     Judge Ryu.

5         SO STIPULATED.

6     Dated: March 28, 2023                    By: /s/ Wendy Musell
                                                Wendy Musell
7                                               LAW OFFICES OF WENDY MUSELL
                                                Attorney for Plaintiff
8                                               JESSICA BOLTON

9     Dated: March 28, 2023                    By: /s/ Michael Purcell
                                                Michael Purcell, Deputy Attorney General
10                                              Attorneys For Defendants GAVIN NEWSOM,
                                                KATHLEEN ALLISON, JOSE VALENCIA,
11                                              GARCIA LOPEZ

12

13    PURSUANT TO STIPULATION, IT IS SO ORDERED.  It is further ordered that the Settlement

14    Conference set for 4/14/2023 01:00 PM is vacated and continued to 8/4/2023 01:00 PM in Oakland,

15    by Videoconference only.  Parties shall comply with the requirements and procedures set forth in

16    this court's Notice of Settlement Conference and Settlement Conference Order dated

17    December 9, 2022.  [*See* Docket No. 74].

18

19    Dated: __March 30, 2023__

20

21                                              _____
                                                DONNA M. RYU
22                                              Chief Magistrate Judge

23

24                                              2

25    STIPULATION AND ORDER (AS MODIFIED) EXTENDING THE TIME FOR PLAINTIFF
      TO SERVE WRITTEN DEMAND AND REQUEST TO RESCHEDULE SETTLEMENT
      CONFERENCE WITH MAGISTRATE JUDGE RYU
      Case No.  21-CV-03466