ROB BONTA
Attorney General of California
KELSEY C. LINNETT
Supervising Deputy Attorney General
MICHAEL P. PURCELL
Deputy Attorney General
State Bar No. 229506
LYDIA V. KO
Deputy Attorney General
State Bar No. 272588
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0004
 Fax:  (510) 622-2170
 E-mail:  Lydia.Ko@doj.ca.gov
*Attorneys for Defendants*
*Daniel Paramo, Marcus Pollard,*
*Sergio Bustos, Gabriel Lopez,*
*Jose Valencia, Allen Bowman, and*
*Emmanuel Ramirez*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSICA BOLTON,**<br><br>Plaintiff,<br><br>v.<br><br>**DANIEL PARAMO, MARCUS POLLARD, SERGIO BUSTOS, GABRIEL LOPEZ, JOSE VALENCIA, ALLEN BOWMAN, EMMANUEL RAMIREZ, AND DOES One through Fifty,**<br><br>Defendants. | Case No: 4:21-cv-3466-YGR<br><br>**STIPULATION AND ORDER FOR EXTENSION TO COMPLY WITH COURT'S ORDER ON DISCOVERY – Dkt. 112**<br><br>Magistrate Judge: Lisa J. Cisneros<br><br>Trial Date:     July 29, 2024<br>Action Filed:  May 8, 2021 |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

1. Whereas the Court on February 1, 2024 issued a Minute Order (ECF No. 112) regarding discovery issues raised in a joint letter (ECF No. 104).

2. Whereas the Minute Order ordered Defendants Paramo, Bowman, Pollard and Lopez to complete the following process no later than February 15, 2024: (1) carefully review his deposition notice; (2) diligently search for responsive documents in any place such documents might reasonably be found, including at least—but not limited to—personal email accounts, text messages, and any flash drives, other devices, or documents retained from his employment at CDCR; (3) produce any responsive documents found through that search to Plaintiff; and (4) produce a declaration to Plaintiff attesting that he has taken the foregoing steps and produced all responsive documents found. (ECF No. 112)

3. Whereas on February 14, 2024, Defendants served upon Plaintiff declarations from Paramo, Bowman and Pollard.

4. Whereas Defendant Gabriel Lopez needs additional time to comply with the aforementioned Court's Minute Order, and requests a two-week extension to February 29, 2024.

5. The parties have met and conferred and hereby stipulate that Defendant Gabriel Lopez's deadline to comply with the Court's Minute Order (ECF No. 112) be extended to February 29, 2024.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | |
|---|---|
| Dated: February 15, 2024 | Respectfully submitted,<br><br>ROB BONTA<br>Attorney General of California<br><br>  /s/ Lydia Ko  <br>MICHAEL PURCELL<br>LYDIA V. KO<br>Deputy Attorney General<br>*Attorneys for Jose Valencia; Gabriel Lopez; Allen Bowman; Emmanuel Ramirez; Sergio Bustos; Marcus Pollard; and Daniel Paramo* |
| Dated: February 15, 2024 | LAW OFFICE OF WENDY MUSELL<br><br>  /s/ Wendy Musell  <br>WENDY MUSELL<br>*Attorneys for Plaintiff Jessica Bolton* |

**IT IS SO ORDERED**

Dated: February 16, 2024

Lisa J. Cisneros
UNITED STATES MAGISTRATE JUDGE

OK2021900154
Stip and PO for Ext on Ct Order No 112.docx
*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

3