UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JESSICA BOLTON,**

        Plaintiff,

  v.

**DANIEL PARAMO, ET AL.,**

        Defendants.

Case No. 4:21-cv-3466-YGR

**ORDER OF CONDITIONAL DISMISSAL**

The parties to the action have advised the Court that they have agreed to settlement.

Based thereon, this matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines in this matter are **VACATED**.

It is further **ORDERED** that if any party certifies to the Court, with proper notice to all other parties, within two-hundred (200) days from the date of this Order, that the case should be reopened for failure of a condition of settlement, this Order shall be vacated and this case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: October 9, 2024

                                                 _____
                                                 **YVONNE GONZALEZ ROGERS**
                                                 **UNITED STATES DISTRICT JUDGE**